```
JAMES C. HOLLAND; SBN 134233
Attorney at Law
134 North Conyer St.
Visalia, CA 93291
(559) 741-1112
FAX: (559) 741-1113

Attorney for plaintiff MICHAEL PACHECO
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PACHECO;<br><br>    Plaintiff,<br><br>v.<br><br>L. ROSSON, SERGEANT, CITY OF CORCORAN POLICE DEPARTMENT; CITY OF CORCORAN; DOES 1-10;<br><br>    Defendants. | No.: 1:08-CV-01389-AWI-DLB<br><br>STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE<br><br>Prior Date: Feb. 23, 2009<br>New Date: April 16, 2009<br>Time: 9:00 a.m.<br>Ctrm: 9, Hon. Dennis L. Beck |

TO ALL INTERESTED PERSONS, PLEASE TAKE NOTICE that the parties, by and through counsel of record, hereby stipulate and agree that the Scheduling Conference set February 23, 2009 at 9:00 am, should be continued to April 16, 2009 at 9:00 a.m..

Dated: Feb. 20 , 2009          /s/ James C. Holland
                               James C. Holland, Attorney for
                               plaintiff MICHAEL PACHECO

                               NELSON & ROZIER

Dated: Feb. 20 , 2009          /s/ Jeffery S. Nelson
                               By: Jeffery S. Nelson, Attorneys for
                               Defendants L. ROSSON;
                               CITY OF CORCORAN

IT IS SO ORDERED.

Dated: **February 20, 2009**              **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

1